# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

| | |
|---|---|
| TIFFANY VOSBURG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAUNER, COHEN & THOMAS, L.L.P., MANN BRACKEN, LLC, COLLECTCORP CORPORATION, and BANK OF AMERICA,<br><br>　　　　　Defendants. | No. 06 CV 15734<br><br>Judge Whalen, R. Steven |

## BANK OF AMERICA'S MOTION TO STRIKE ELECTRONIC IMAGE AND FOR LEAVE TO FILE A REDACTED IMAGE

Defendant, Bank of America ("Bank of America"), by its attorneys, hereby moves for an order to strike the electronic version of Exhibit A to its counterclaim and for leave to file a redacted version of the exhibit. In support of this motion, defendant states as follows:

1.　On March 26, 2007, Bank of America filed its answer, affirmative defenses and counterclaim.

2.　Exhibit A to Bank of America's counterclaim contained personal information such as plaintiff's social security number and maiden name. The filing of that information was done inadvertently.

3.　Bank of America requests that the electronic version of Exhibit A to its counterclaim be stricken and not published electronically and that it be given leave to file a redacted version.

WHEREFORE, Defendant, Bank of America respectfully requests this Court grant its motion and that the electronic version of Exhibit A to its counterclaim be

NGEDOCS: 1402618.1

stricken and not published electronically and that it be given leave to file a redacted version.

                          Respectfully submitted,

                          BANK OF AMERICA

                          By:    <u>\s\ Lawrence M. Benjamin</u>
                                     One of Its Attorneys

Lawrence M. Benjamin (#6196417)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, IL  60602-3801
(312) 269-8000

Dated: March 26, 2007

NGEDOCS: 1402618.1

## CERTIFICATE OF SERVICE

Lawrence M. Benjamin, an attorney, states that he served a copy of **Bank of America's Motion to Strike Electronic Image and For Leave to File a Redacted Image** upon:

>Adam G. Taub, Esq.
>Lyngklip & Taub
>24500 Northwestern Highway
>Suite 206
>Southfield, MI  48075
>
>Steven A. Siman, Esq.
>3250 West Big Beaver Road
>Suite 344
>Troy, MI  48084

by electronic filing using the CM/ECF system which sent notification of such filing on the 26th day of March, 2007.

>>>/s/ Lawrence M. Benjamin